IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANKLYN YEARWOOD AND LEE　　　　:
YEARWOOD, H/W,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　Plaintiffs,　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　v.　　　　　　　　　　　　　:　　CIVIL ACTION NO. 09-5945
　　　　　　　　　　　　　　　　　　:
TURNER CONSTRUCTION COMPANY　　:
*et al.*,　　　　　　　　　　　　　　　:　　**FILED**
　　　　　　　　　　　　　　　　　　:
　　　　　　Defendants.　　　　　　　:　　FEB 15 2011

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this ＿15＿ day of February, 2011, upon careful consideration of defendant

Trystate Mechanical Inc.'s "motion to dismiss in the nature of a motion for judgment on the

pleadings pursuant to [Federal Rule of Civil Procedure] 12(c) or, in the alternative, a motion for

summary judgment pursuant to [Rule] 56" (docket no. 18), plaintiffs' opposition thereto, and

defendant's reply, **IT IS HEREBY ORDERED** that the motion is **GRANTED IN PART** and

that this action is **TRANSFERRED** to the United States District Court for the Southern District

of New York, because this court lacks personal jurisdiction over defendant Trystate.

　　　　　　　　　　　　　　　　　　　　　　　William H. Yohn Jr., Judge